AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>Northern District of Illinois |
|---|---|---|
| DOCKET NO.<br>1:26-cv-11497 | DATE FILED<br>9/21/2026 | |
| PLAINTIFF<br>Grazyna Maniecka | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 see attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | L. Janica | 9/22/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print Save As... Reset

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-468-563**
**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
November 28, 2025

## Titie

**Title of Work:** Types of Knives

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** August 28, 2014
**Nation of 1st Publication:** Poland

## Author

- **Author:** Grazyna Maniecka
  **Author Created:** 2-D artwork
  **Citizen of:** Poland

## Copyright Claimant

**Copyright Claimant:** Grazyna Maniecka
Droga Mleczna 26, Gutowo, 87-134, Poland

## Rights and Permissions

**Name:** Grazyna Maniecka
**Email:** info@follygraph.com
**Address:** Droga Mleczna 26
Gutowo 87-134 Poland

## Certification

**Name:** David Denholm
**Date:** June 19, 2025
**Applicant's Tracking Number:** GM2025061602


KNIVES
GRANTON SLICER
BREAD KNIFE
SANTOKU
FILLETING KNIFE
MEAT FORK
CLEAVER
CHINESE CHOPPER
BEAK SHAPE
PEELING KNIFE
CHEF'S KNIFE
MEZZALUNA
BUTTER KNIFE
BONING KNIFE
UTILITY KNIFE
TOMATO
SLICING KNIFE
PARING KNIFE
STEAK KNIFE
DECORATING KNIFE
VEGETABLE
HARD CHEESE
SOFT CHEESE
OYSTER KNIFE